Jean Garson, as Administratrix of the Estate of Elliot Garson, Deceased, Appellant, *v.* R. H. Macy & Co., Inc., et al., Respondents.

Argued February 28, 1952; decided March 14, 1952.

*Sidney E. Alper* and *J. Stanley Cohen* for appellant.

*William L. Shumate* for R. H. Macy & Co., Inc., respondent.

*John J. Stewart* and *John P. Smith* for Gem Crib and Cradle Company, respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.